**Evan A. Schmutz (3860)**
  *eschmutz@djplaw.com*
**Jordan K. Cameron (12051)**
  *jcameron@djplaw.com*
**DURHAM JONES & PINEGAR, P.C.**
3301 N Thanksgiving Way, Suite 400
Lehi, Utah 84043
Telephone: (801) 375-6600
Fax: (801) 375-3865

**Attorneys for Plaintiff XMission, L.C.**

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| XMISSION, L.C., a Utah company,<br><br>    Plaintiff,<br><br>vs.<br><br>ADKNOWLEDGE, INC. a Missouri Corporation; DOES 1-40,<br><br>    Defendants. | **CERTIFICATION OF SERVICE OF THIRD VIOLATION NOTICE**<br><br><br>Case No.: 2:15cv00277 TC<br><br>Judge Tena Campbell |

   COMES NOW Plaintiff XMission, L.C., and hereby certifies that August 4, 2015, Plaintiff served on Defendant's counsel and Defendant's Chief Legal Officer, via email, the following:

1. Third Violation Notice for 540 e-mails received between May 24 and July 26, 2015.

2. All redirect links for the e-mails identified in XMission's Third Violation Notice.

3. Copies of the e-mails identified in XMission's Third Violation Notice in their original format.

1

SLC_2424492

DATED this 4th day of August, 2015.

                                        DURHAM, JONES & PINEGAR, P.C.


                                        /s/ Jordan K. Cameron
                                        Evan A. Schmutz
                                        Jordan K. Cameron
                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I certify that on this 4th day of August, 2015, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Jill L. Dunyon
Maralyn M. English
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
P.O. Box 45000
Salt Lake City, Utah 84145

Derek A. Newman
Derek Linke
Jake Bernstein
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 940
Santa Monica, CA 90401

            /s/ Jordan K. Cameron