**Evan A. Schmutz (3860)**
  *eschmutz@djplaw.com*
**Jordan K. Cameron (12051)**
  *jcameron@djplaw.com*
**DURHAM JONES & PINEGAR, P.C.**
3301 N Thanksgiving Way, Suite 400
Lehi, Utah 84043
Telephone: (801) 375-6600
Fax: (801) 375-3865

**Attorneys for Plaintiff XMission, L.C.**

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| XMISSION, L.C., a Utah company,<br><br>Plaintiff,<br><br>vs.<br><br>ADKNOWLEDGE, INC. a Missouri Corporation; DOES 1-40,<br><br>Defendants. | **CERTIFICATION OF SERVICE OF FIFTH VIOLATION NOTICE**<br><br><br>Case No.:  2:15cv00277 TC<br><br>Judge Tena Campbell |

COMES NOW Plaintiff XMission, L.C., and hereby certifies that on October 12, 2015, Plaintiff served on Defendant's counsel and Defendant's Chief Legal Officer, via email, the following:

1. Fifth Violation Notice for 554 e-mails received between May 24 and October 12, 2015 (not including any e-mail contained in its First, Second, Third or Fourth Violation Notices).

2. All redirect links for the e-mails identified in XMission's Fifth Violation Notice.

1

SLC_2547545

3. Copies of the e-mails identified in XMission's Fifth Violation Notice in their original format.

DATED this 12th day of October, 2015.

                                                DURHAM JONES & PINEGAR, P.C.

                                                /s/ Jordan K. Cameron
                                                Evan A. Schmutz
                                                Jordan K. Cameron
                                                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

 I certify that on this 12th day of October, 2015, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Jill L. Dunyon
Maralyn M. English
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
P.O. Box 45000
Salt Lake City, Utah 84145

Derek A. Newman
Derek Linke
Jake Bernstein
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 940
Santa Monica, CA 90401

            /s/ Jordan K. Cameron