**Maralyn M. English (8468)**
  *mme@scmlaw.com*
**Jill L. Dunyon (5948)**
  *jld@scmlaw.com*
**SNOW CHRISTENSEN & MARTINEAU**
P.O. Box 45000
Salt Lake City, UT 84145
Telephone: (801) 521-9000
Fax: (801) 363-0400

**Derek A. Newman (*pro hac vice*)**
  *dn@newmanlaw.com*
**NEWMAN DU WORS LLP**
100 Wilshire Boulevard, Suite 940
Santa Monica, CA 90401
Telephone: (310) 359-8200

**Attorneys for Plaintiff XMission, L.C.**

---

## UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| XMISSION, L.C., a Utah company, | **STIPULATED REVISED SCHEDULING ORDER [PROPOSED]** |
| Plaintiff, | |
| vs. | |
| ADKNOWLEDGE, INC. a Missouri Corporation; DOES 1-40, | Case No.:  2:15cv00277 TC |
| Defendants. | Judge Tena Campbell |

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff XMission, L.C. and Defendant Adknowledge, Inc. stipulate and agree to the following revised scheduling order. XMission, having moved for an extension of discovery deadlines, and Adknowledge, having not opposed that motion, both

1

respectfully request that the Court extend the times and deadlines as set forth below. The parties

do not propose changing the trial date at this time.

**2.      DISCOVERY LIMITATIONS**                                                       **NUMBER**

      a.      Last day to serve written discovery:                               *08/06/16*

      b.      Close of fact discovery:                                            *09/05/16*

**3.      AMENDMENT OF PLEADINGS/ADDING PARTIES[1]**                     **DATE**

      a.      Last Day to File Motion to Amend Pleadings                    *06/05/16*

      b.      Last Day to File Motion to Add Parties                        *06/05/16*

**4.      RULE 26(a)(2) REPORTS FROM EXPERTS**                           **DATE**

      a.      Parties bearing burden of proof                               *08/05/16*

      b.      Counter reports                                               *Within 30 days of Reports under 4.a.*

      c.      Reply reports                                                 *Within 20 days of any supp. report*

**5.      OTHER DEADLINES**                                              **DATE**

      a.      Last day for Expert discovery                                 *10/05/16*

      b.      Deadline for filing dispositive or potentially dispositive motions    *11/05/16*

---

[1] Counsel must still comply with the requirements of Fed. R. Civ. P. 15(a).

      c.      Deadline for filing partial or complete motions to exclude      *11/05/16*
            expert testimony

IT IS SO ORDERED.

Signed January ___, 2016.

                         BY THE COURT:

                         _____

                         THE HONORABLE TENA CAMPBELL
                         U.S. DISTRICT JUDGE

DATED this 6th day of January, 2016.

                         **DURHAM, JONES & PINEGAR, P.C.**

                         /s/ Jordan K. Cameron_____
                         Evan A. Schmutz
                         Jordan K. Cameron
                         *Attorneys for Plaintiff*

                         **NEWMAN DU WORS LLP**

                         /s/ Derek A. Newman_____
                         Derek A. Newman, *pro hac vice*
                         Derek Linke, *pro hac vice pending*
                         Jason E. Bernstein, *pro hac vice pending*

                         **SNOW CHRISTENSEN & MARTINEAU**

                         /s/ Maralyn M. English_____
                         Maralyn M. English
                         Jill Dunlap

                         *Attorneys for Defendant Adknowledge, Inc.*

SLC_2248729

## CERTIFICATE OF SERVICE

I certify that on this 6th day of January, 2016, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Evan A. Schmutz (3860)
*eschmutz@djplaw.com*
Jordan K. Cameron (12051)
*jcameron@djplaw.com*
DURHAM JONES & PINEGAR, P.C.
3301 N Thanksgiving Way, Suite 400
Lehi, Utah 84043
Telephone: (801) 375-6600
Fax: (801) 375-3865

/s/ Derek A. Newman

4