**Evan A. Schmutz (3860)**
  *eschmutz@djplaw.com*
**Jordan K. Cameron (12051)**
  *jcameron@djplaw.com*
**DURHAM JONES & PINEGAR, P.C.**
3301 N Thanksgiving Way, Suite 400
Lehi, Utah 84043
Telephone: (801) 375-6600
Fax: (801) 375-3865

**Attorneys for Plaintiff XMission, L.C.**

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| XMISSION, L.C., a Utah company,<br><br>    Plaintiff,<br><br>vs.<br><br>ADKNOWLEDGE, INC. a Missouri Corporation; DOES 1-40,<br><br>    Defendants. | **CERTIFICATION OF SERVICE OF SEVENTH VIOLATION NOTICE**<br><br><br>Case No.: 2:15cv00277 TC<br><br>Judge Tena Campbell |

COMES NOW Plaintiff XMission, L.C., and hereby certifies that on February 4, 2016, Plaintiff served on Defendant's counsel and Defendant's Chief Legal Officer, via email, the following:

1. Seventh Violation Notice for 209 e-mails received between May 24, 2015 and Feb 4, 2016 (not including any e-mail contained in its First, Second, Third, Fourth, Fifth or Sixth Violation Notices).

2. All redirect links for the e-mails identified in XMission's Seventh Violation Notice.

1

3. Copies of the e-mails identified in XMission's Seventh Violation Notice in their original format.

DATED this 4th day of February, 2016.

                                                DURHAM JONES & PINEGAR, P.C.

                                                /s/ Jordan K. Cameron
                                                Evan A. Schmutz
                                                Jordan K. Cameron
                                                *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

  I certify that on this 4th day of February, 2016, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

  Jill L. Dunyon
  Maralyn M. English
  SNOW, CHRISTENSEN & MARTINEAU
  10 Exchange Place, Eleventh Floor
  P.O. Box 45000
  Salt Lake City, Utah 84145

  Derek A. Newman
  Derek Linke
  Jake Bernstein
  NEWMAN DU WORS LLP
  100 Wilshire Boulevard, Suite 940
  Santa Monica, CA 90401

             /s/ Jordan K. Cameron